## KEATON et al. v. McCLAIN.

No. 25818. Nov. 10, 1936.

Rehearing Denied Dec. 8, 1936.

Second Rehearing Denied Jan. 5, 1937.

McNEILL, C. J. This case is controlled by our decision in Keaton et al. v. Shiflett, Adm'r, 178 Okla. 587, 63 P. (2d) 102, this day decided.

Judgment is affirmed.

592

OSBORN, V. C. J., and BAYLESS, BUSBY, WELCH, PHELPS, CORN, and GIBSON, JJ., concur. RILEY, J., absent.